**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1429**

In Re: KUNTA KENTA REDD,

Petitioner.

On Petition for Writ of Mandamus.
(7:08-cr-00043-D-1)

Submitted: June 23, 2016               Decided: June 28, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Kunta Kenta Redd, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kunta Kenta Redd petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for reduction of sentence. He seeks an order from this court directing the district court to act. We conclude that the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED